

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0159-22

## Ex parte JESUS ALBERTO GUZMAN CURIPOMA, Appellee

### ON PETITION FROM THE KINNEY COUNTY ATTORNEY
### AND ON COURT'S OWN MOTION FOR DISCRETIONARY REVIEW
### FROM THE THIRD COURT OF APPEALS
### TRAVIS COUNTY

PER CURIAM. YEARY, J., filed a concurring opinion. SLAUGHTER, J., filed a concurring opinion in which RICHARDSON, NEWELL and WALKER, JJ., joined. KELLER, P.J., filed a dissenting opinion in which HERVEY and KEEL, JJ., joined.

### OPINION

This case arises from a prosecution in which Appellee was arrested in Kinney County. He attempted to challenge the prosecution by filing a habeas application in Travis County District Court. The Travis County District Court granted relief, and the Kinney County Attorney filed a notice of appeal. Concluding that the Kinney County Attorney was not authorized to appeal on the State's behalf, the court of appeals dismissed the appeal.[1] In its reasoning, the court of appeals held that

---

[1] *State v. Curipoma*, 652 S.W.3d 74, 80 (Tex. App.—Austin 2022).

Appellee's habeas action was properly filed in the Travis County District Court.[2] In *In re Smith*, we held that, for a case like this originating in Kinney County, proceedings in the Travis County court are unauthorized.[3] We vacate the court of appeals's decision and remand for reconsideration in light of *Smith*.

Delivered: June 26, 2024
Publish

---

[2] *Id.* at 77-78.

[3] 665 S.W.3d 449 (Tex. Crim. App. 2022).